Michael G. McNally, Esq. (MM-6714)
**KROLL HEINEMAN, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY REGIONAL COUNCIL OF CARPENTERS and NEW JERSEY CARPENTERS FUNDS and the TRUSTEES THEREOF, | Hon. Dennis M. Cavanaugh, U.S. District Judge <br> Civil Action No. 09-CV-5292 |
| Petitioners, | CIVIL ACTION |
| v. | ORDER |
| AMERICAN MILLWORK INST. INC., | |
| Respondents. | |

**THIS MATTER** having come before the Court by Kroll Heineman, LLC, (Michael G. McNally, Esq., appearing) attorneys for Petitioners, pursuant to a Petition to Confirm the Arbitration Award; this Court having fully considered the moving and opposition papers submitted by the parties, as well as the arguments of counsel, if any, and for good and sufficient cause shown;

IT IS on this 30th day of March 2010,

**ORDERED, ADJUDGED, AND DECREED** that the Opinion and Award of August 27, 2009 shall and are hereby CONFIRMED.

_____
Judge, United States District Court

Dennis M. Cavanaugh
U.S. District Judge